FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2022

TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Northern DIVISION**

**CASE NO.** 3:22-cv-00152 - LPR - JTR

**Jury Trial:** ☐ **Yes** ☐ **No**
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Demarion Gillion #416359
ADC # ______
Please send copy to both address currently incarserated in Craighead County detention Center
Address: 305 Gilbert St. Jonesboro, AR 72401

Name of plaintiff: ______
ADC # ______

Address: Craighead County Detention Center

Name of plaintiff: ______
ADC # ______

Address: ______

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: C.O. Davis

Position: Correctional Officer

Place of employment: Craighead County Detention center

Address: 901 Willet Rd. Jonesboro ar, 72401

Name of defendant: C.O. Bush

Position: ~~Craighead County Detention Center~~ Corectional officer

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

Place of employment: Craighead county detention Center

Address: 901 Willet Rd Jonesboro Arkansas 72401

Name of defendant: Corpral White

Position: Correctional Office (Corpral)

Place of employment: Craighead County detention Center

Address: 901 Willet Rd Jonesboro Arkansas 72401

Name of defendant: Craighead County Detention Center

Position: Facility

Place of employment: Craighead county detention Center

Address: 901 Willet Rd Jonesboro Arkansas 72401

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑ Parties to the previous lawsuit:

Plaintiffs: Demarion Gillion

Defendants: Poinsett County Jail, Hunter, Cox

☑ Court (if federal court, name the district; if state court, name the county): U.S. District Court Eastern District of Arkansas

☑ Docket Number: 3:16 CV 00277-DPM/3:16-cv-00268 DPM/ 3:16 CV 00259-JJV

☑ Name of judge to whom case was assigned: Magistrate Judge Joe J. Volpe

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Closed on 12-14-2016

☑ Approximate date of filing lawsuit: 2016

☑ Approximate date of disposition: 12-14-2016

IV. Place of present confinement: Craighead County detention Center

V. At the time of the alleged incident(s), were you: (check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: ______________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes

See following Page also

Yes ✓ No ____

If not, why? ____________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This complaint is in regaurds to the professional-misconduct, Racism, Inhumane Treatment and constant abuse of authority and or positions/seats by this facility Craighead County detention center and Its staff members and the Sheriff and the indivisuals whom elected or gave him the authority to do So. I have prepared a list of grevince #'s and would like to obtain the video and audio of all the incedents on the 6-3-22 Officer white Stated i have no rights here after i told him he were violating my rights, its mold growing out of the air vents haven't had hot water in almost two months we sleep on yoga mats not even an half inch thick feeding me molded food I have been on lock down for 40 days for no aparent reason all started over them being racist and because of MR. white's and MR Roberts actions. They have had it out for me every since i really am scared for my life here. Have not been able to shower in over 33 days and counting Please help us

6-15-22

They also sot my Bond exesively high to $500,000 dollars and ive been sitting here almost 60 days and i dont have that Kind of money at all i would like to get OR from here for the duration of my court dates if possible, I was Charged with rape and they Know im innocent as well as ido but my Charges are rape and posession of firearm "was not in my possession" and its people here and in surrounding counties same charges and worser charges bonds sot at 15,000 and 25,000 and or 50,000, im trying to understand why am i singled out and mistreated But the rest of my complaint is covered by the grievences

| Grievence reference #s | (Date submitted) |
| --- | --- |
| 11,960,122 | 6-8-22 |
| 11,482,351 | 6-10-22 |
| 11,952,830 | 6-7-22 |
| 11,938,713 | 6-6-22 |
| 11,931,768 | 6-5-22 |
| 11,924,364 | 6-4-22 |
| 11,924,418 | 6-4-22 |
| 11,924,172 | 6-4-22 |
| 11,777,017 | 5-18-22 |
| 11,728,085 | 5-12-22 |
| 11,666,714 | 5-5-22 |
| 11,997,529 | 6-12-22 |
| 11,997,525 | 6-12-22 |

Please send copy to me here at the Craighead county detention center and another copy home to my wife please thanks God Bless

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punish those Involved for their crimes against Humanity, and Society, Compensate me for mental, phisical, & emotional Anguish, my pain & Suffering And Right the wrongs of this Facility & the Judicial System. Compensation for me the Sum of $10,000,000 I Would love to be released immediately if possible at all. God Bless

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 15 day of June, 2022.

Demarion Cravin

Signature(s) of plaintiff(s)

Demarion Gillion #416-359
901 Willet Rd.
Jonesboro AR,
72401




Inmate mail from the
Craighead County
Detention Center

US District Court
615 S. Main St. Suite 312
Jonesboro AR
72401