UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMARION GILLION                                                                                    PLAINTIFF
#416359

V.                                   No. 3:22-CV-152-LPR-JTR

DAVIS, Correctional Officer,
Craighead County Detention Center;
BUSH, Correctional Officer,
Craighead County Detention Center;
WHITE, Correctional Officer,
Craighead County Detention Center; and
CRAIGHEAD COUNTY DETENTION CENTER                              DEFENDANTS

**ORDER**

On July 18, 2022, mail sent to Plaintiff Demarion Gillion ("Gillion") at his address of record, the Craighead County Detention Facility ("CCDF"), was returned as undeliverable. *Doc. 4*. According to its website, Gillion is no longer incarcerated in the CCDF.[1] Apparently anticipating this possibility, in his Complaint, Gillion asked that all mail be sent to both CCDF and to his wife at his home address. *See Doc. 2 at 1, 5*.

IT IS THEREFORE ORDERED THAT:

---

[1] *Inmate Roster*, Craighead County Sheriff's Office, https://www.craigheadso.org/roster_custom.php (last visited July 18, 2022).

1.	The Clerk's Office is directed to send a copy of this Order and the Initial Order (*Doc. 3*) to Gillion's home address: 305 Gilbert St., Jonesboro, Arkansas 72401.

2.	If Gillion wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order, file a notice of his current mailing address, whether that be his home address or another detention facility.[2]

3.	If Gillion does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED, this 19th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Under Local Rule 5.5(c)(2), it is Gillion's obligation to maintain a valid mailing address with the Clerk of this Court. If Gillion has been released from incarceration, he will then be required to file a free-world application to proceed *in forma pauperis* or pay the $402 filing and administrative fee for this action.