IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMARION GILLION**  **PLAINTIFF**
**#416359**

V.  Case No. 3:22-cv-00152-LPR

**DAVIS, Correctional Officer,**
**Craighead County Detention Center,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and Judgment dismissing this action would not be taken in food faith.

IT IS SO ADJUDGED this 23rd day of September, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE